UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re.
SONYA SMITH RICHARDSON                )
                                      )
                                      )     Case No.
Debtor(s)                             )
                                      )     Chapter 13
                                      )

# CHAPTER 13 PLAN

**PAYMENTS. Debtor is to pay to the Chapter 13 Trustee the sum of the following amount:**
$775 per month for 60 months. In addition, debtor shall pay the Trustee and the plan base shall be increased by the following: (1)**Tax Refund.** Debtor shall send any tax refund received during the pendency of the Chapter 13 Case to the Trustee; however, Debtor may retain a portion of a tax refund to pay income taxes owed to any taxing authority for the same period as the refund.  Debtor may also retain $1,250 for single filers or $1,500 for joint filers and refundable tax credits consisting of Earned Income Credit and Additional Child Tax Credit (Line 65 of Form 1040 or line 39 of Form 1040A), each year. (2) **Employee Bonuses.** Debtor shall send Fifty percent of any employee bonus or other distribution paid or payable to Debtor during the term of the plan. (3) **Additional Lump Sums.** Debtor shall send additional lump sum(s) consisting of _____, if any, to be paid to the Trustee.

**DISBURSEMENTS. Creditors shall be paid in the following order and in the following fashion. Unless stated otherwise, the Chapter 13 Trustee will make the payments to creditors. All disbursements by the Trustee to be made pro-rata by class, except per month disbursements described below. However, if there are funds available after payment of equal monthly payments in paragraph 5 and fees in paragraph 6, those funds shall be distributed again to those same paragraphs until paid in full before distributing to the next highest paragraphs.**

1. **Trustee and Court Fees.** Pay Trustee a percent of all disbursements as allowed by law and pay filing fees if the Court enters an order providing for filing fees to be paid in the Chapter 13 plan.

2. **Executory Contracts/Lease Arrearages**. Trustee to cure pre-petition arrearage on any executory contract accepted in paragraphs 3 (A or B) estimated as follows:
CREDITOR NAME          TOTAL AMOUNT DUE          CURE PERIOD

3. Pay sub-paragraphs concurrently:

    (A) **Post-petition real property lease payments.** Debtor assumes executory contract for real property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:
CREDITOR NAME          MONTHLY PAYMENT       BY DEBTOR/TRUSTEE

    (B) **Post-petition personal property lease payments.**   Debtor assumes executory contract for personal property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract.
CREDITOR NAME          MONTHLY PAYMENT       MONTHS REMAINING

    ( C) **Continuing Debt Payments including post-petition mortgage payments on real estate other than Debtor's residence.** Maintain payments of the following continuing debt(s) in accordance with terms of the original contract with any arrearages owed at the time of filing to be cured in paragraph 5 (A)below.
CREDITOR NAME     MONTHLY PAYMENT     BY DEBTOR/TRUSTEE

    (D) **Post-petition mortgage payments on Debtor's residence.** Payments due post-filing on debt(s) secured by lien(s) on Debtor(s) residence to be at the monthly amount listed below (or as adjusted by creditor under terms of loan agreement) to:
        CREDITOR NAME     MONTHLY PAYMENT     BYDEBTOR/TRUSTEE
First lien:
Second lien:
Third lien:

    (E) **DSO Claims in equal installments.** Pay any pre-petition domestic support obligation arrears in full in equal monthly installments over the life of the plan, estimated as:
CREDITOR NAME     TOTAL AMOUNT DUE     INTEREST RATE

4.   **Attorney's Fees.** Pay Debtor's Attorney $1,310.00 in equal monthly payments over 12 months. Any additional fees allowed by the Court shall be paid pursuant to paragraph 6 below.

5.   Pay sub-paragraphs concurrently:

    (A) **Pre-petition arrears on secured claims paid in paragraph 3.** Pay pre-petition arrearage on debts paid under paragraphs 3( C) or (D) in equal monthly installments over the period set forth below and with the interest rate identified below, estimated as follows:
CREDITOR NAME    TOTAL AMOUNT DUE    CURE PERIOD    INTEREST RATE

    (B) **Secured claims to be paid in full.** The following claims shall be paid in full in equal monthly payments over the period set forth below with 4.75% interest.

| CREDITOR | EST BLANCE DUE | REPAY PERIOD | TOTAL w/ interest |
|---|---|---|---|
| CAPITAL ONE | $19,954 | 60M | $22,457 |
| CAPITAL ONE | $10,000 | 60M | $11,254 |

    ( C) **Secured claims subject to modification.** Pay all other secured claims fair market value of the collateral, as of the date the petition was filed, in equal monthly payments over the period set forth below with 4.75% interest and with any balance of the debt to be paid as non-priority unsecured debt under paragraph 9(A), estimated as set forth below.

| CREDITOR | BALANCE DUE | FMV | REPAY PERIOD | TOTAL w/ INTEREST |
|---|---|---|---|---|
| SANTANDER | $14,000 | $5,000 | 60M | $5,627 |

    (D) **Co-debtor guaranteed debt paid in equal monthly installments.** The following co-debtor guaranteed claim(s) to be paid by Trustee or by co-debtor as noted below. If paid by Trustee, pay claim in equal monthly installments over the period and with interest as identified below.
CREDITOR    EST BALANCE    TRUSTEE/CO-DEBTOR    PERIOD    INTEREST RATE

    (E) Pay any post-petition fees and costs as identified in a notice filed per Federal Rule of Bankruptcy Procedure 3002.1 as a supplement to an allowed claim or any other post-petition fees and costs which the Court allows and orders the Trustee to pay. Any such amounts shall be paid in equal monthly payments over the remainder of the plan duration and shall not receive interest.

6.   Pay $2,000.00 of debtor's attorney's fees and any additional fees allowed by the Court.

7. Pay sub-paragraphs concurrently:

    (A) **Unsecured Co-debtor guaranteed claims.** The following unsecured co-debtor guaranteed debt to be paid by Trustee or by co-debtor as noted below. If paid by Trustee, pay claim in full with interest rate as identified below.

| CREDITOR NAME | EST TOTAL DUE | TRUSTEE/CO-DEBTOR | INTEREST RATE |
|---|---|---|---|

    (B) **Assigned DSO Claims.** Domestic support obligation arrearages assigned to, or recoverable by, a governmental unit, to be paid a fixed amount with the balance to be owed by the Debtor(s) after completion of the Plan, pursuant to Sec. 507(a)(1)(B) and 1322(a)(4). Regular payments that become due after filing shall be paid **directly** by Debtor(s).

8. **Priority Claims.** Pay priority claims allowed under 11 U.S.C. section 507 in full estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE |
|---|---|
| STL CO COLLECTOR | $896 |

9. Pay sub-paragraphs concurrently:

    (A) **General unsecured Claims.** Pay general non-priority unsecured creditors. Estimated total owed: $65,474. Amount required to be paid to non-priority unsecured creditors as determined by 1325(a)(4) hypothetical Chapter 7 liquidation: $0. Amount required to be paid to non-priority unsecured creditors as determined by 1325(b) calculation: $0. Debtor guarantees a minimum of $_____ (Dollar amount or 100%) will be paid to non-priority unsecured creditors.

    (B) **Surrender of Collateral.** Debtor proposes to surrender collateral to the following creditor(s), with any deficiency paid as non-priority unsecured debt:

| CREDITOR | COLLATERAL |
|---|---|
| PORTFOLIO RECOVERY | 2005 NISSAN XTERRA |

    (C) **Rejected Executory Contracts/Leases.** Debtor rejects executory contract to the following creditor(s), any balance to be paid as unsecured debt:

| CREDITOR | CONTRACT/LEASE |
|---|---|

10. OTHER

11. All secured creditors shall retain the liens securing their claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under section 1328. However, the Debtor will request avoidance of non-purchase money liens secured by consumer goods as well as judicial liens which impair exemptions and said creditors will not retain their liens if the Court enters an order granting the Debtor's request to avoid the liens.

12. Any pledged credit union shares or certificates of deposit held by any bank shall be applied to the amount owed, before filing of the claim by Claimant.

13. Title to Debtor's property to re-vest in Debtor upon confirmation. Debtor is not to incur further credit or debt without the consent of the Court unless necessary for the protection of life, health or property and consent cannot be obtained readily.

14. Any post-petition claims filed and allowed under 11 U.S.C. section 1305 may be paid through the plan.

CREDITOR'S NOTICE: YOU MUST FILE A CLAIM IN ORDER TO PARTICIPATE IN DISBURSEMENTS PROPOSED HEREIN. CLAIMS SHALL SHARE ONLY IN FUNDS DISBURSED AFTER THE CHAPTER 13 TRUSTEE RECEIVES THE CLAIM. IN COMPLIANCE WITH ORDER OF THE COURT, ABSENT A SPECIFIC ORDER OF THE COURT TO THE CONTRARY, THE CHAPTER 13 TRUSTEE, RATHER THAN THE DEBTOR, WILL MAKE ALL PRE-CONFIRMATION DISBURSEMENTS PURSUANT TO SECTION 1326 (a). ALL CREDITORS ENTITLED TO PRE-CONFIRMATION DISBURSEMENTS, INCLUDING LEASE CREDITORS, MUST FILE A PROOF OF CLAIM TO BE ENTITLED TO RECEIVE SUCH PAYMENTS FROM THE CHAPTER 13 TRUSTEE. PURSUANT TO LOCAL RULE, THE PROOF OF CLAIM SHALL CONTROL THE VALUATION OF COLLATERAL AND ANY VALUATION STATED IN THE PLAN SHALL NOT BE BINDING ON THE CREDITOR. THE TRUSTEE, IN HIS SOLE DISCRETION, MAY DETERMINE TO RESERVE FUNDS FOR PAYMENT TO ANY CREDITOR SECURED BY A MORTGAGE ON REAL ESTATE PENDING FILING OF A CLAIM.

| /s/Martin K. Lundkvist | /s/Sonya Smith Richardson |
|---|---|
| Attorney | Debtor |

| January 23, 2015 | |
|---|---|
| Date | Debtor |

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on the date written below, the undersigned served the Chapter 13 Plan upon John V. LaBarge, Chapter 13 Trustee, and all other parties listed on the attached matrix of creditors through the Court's ECF System or by depositing a true copy of the same enclosed in a post-paid properly addressed wrapper, in a post office or official depository under the exclusive care and custody of the United States Postal Service within the City of St. Louis, Missouri.

Date: January 24, 2015

/s/Martin K. Lundkvist  
Martin K. Lundkvist, 47213MO  
Lundkvist & Associates  
317 N. 11th Street, Suite 403  
St. Louis, MO 63101  
314-241-6770  
314-241-6773 Fax  
lundkvist@att.net

Account Receivabke Management, Inc.
PO Box 129
Thorofare, NJ  08086-0129


Allied Interstate LLC
PO Box 361774
Columbus, OH  43236-1774


American Infosource LP
PO Box 4457
Houston, TX  77210-4457


AT&T
PO Box 930170
Dallas, TX  75393-0170


Bay Area Credit LLC
PO Box 5914
Troy, MI  48007-5914


Brinks Home Security
PO Box 70834
Charlotte, NC  28272


Bruce Eastman Atty
320 Brookes Dr Ste 231
Hazelwood, MO  63042-2782


Capital One Auto Finance
3905 Dallas Pkwy
Plano, TX  75093-7892


CCS
PO Box 52677
Phoenix, AZ  85072-2677


Charter Communications
PO Box 790086
Saint Louis, MO  63179-0086


City Of St. Louis
PO Box 742503
Parking Violations Bureau
Saint Louis, MO  63178

```
CollechtechSystems
PO Box 5023
New York, NY   10163


Commerce Bank
PO Box 806000
Kansas City, MO   64180-6000


Credit Protection
PO Box 802068
Dallas, TX   75380-2068


CU Recovery
26263 Forest Blvd
Wyoming, MN   55092-8033


Educational Credit Mgmt Corp
PO Box 16478
Saint Paul, MN   55116-0478


Emory John's Creek Hospital
PO Box 740766
Cincinnati, OH   45274-0766


Fontbonne University
6800 Wydown Blvd
Saint Louis, MO   63105


Great Lakes
U.S. Department Of Education
PO Box 530229
Atlanta, GA   30353-0229


Linebarger Goggan Blair & Sampson, LLP
900 Arion Pkwy Ste 104
San Antonio, TX   78216-2872


Management Service Inc.
PO Box 1099
Langhorne, PA   19047-6099


Medicredit
PO Box 1629
Maryland Heights, MO   63043-0629
```

Metro Imagin
PO Box 411515
Saint Louis, MO  63141-3515


Metro Sewer District
PO Box 437
Saint Louis, MO  63166-0437


Middlesex Insurance Company
PO Box 8023
Stevens Point, WI  54481-8023


Midland Funding LLC
8875 Aero Dr Ste 200
San Diego, CA  92123-2255


Missouri American Water
PO Box 94551
Palatine, IL  60094-4551


Missouri Department Of Revenue
Attn. Bankruptcy Unit
PO Box 475
Jefferson City, MO  65102-0475


MOHELA
633 Spirit Dr
Chesterfield, MO  63005-1243


NCO Financial
507 Prudential Rd
Horsham, PA  19044-2308


Ocwen Loan Servicing
1661 Washington Road Ste 100
West Palm Beach, FL  33409


Pediatrcs Medical Group
PO Box 277279
Atlanta, GA  30384-7279

Portfolio Recovery Associates
PO Box 41067
Norfolk, VA  23541-1067

```
PRS Collection
PO Box 930
Halifax, PA  17032-0930


Quest Diagnostics
PO Box 740780
Cincinnati, OH  45274-0780


Resurgent Capital Services
PO Box 10390
Greenville, SC  29603-0390


Sallie Mae
PO Box 9532
Wilkes Barre, PA  18773


Santander
PO Box 660633
Dallas, TX  75266-0633


Sentry Insurance
PO Box 8023
Stevens Point, WI  54481-8023


Sirius Satellite Radio
PO Box 34517
Newark, NJ  07189-4008


Sprint
PO Box 660075
Dallas, TX  75266-0075


St. Louis Community Credit Union
3651 Forest Park Ave
Saint Louis, MO  63108-3309


St. Louis County Collector Of Revenue
41 S Central Ave
Saint Louis, MO  63105-1719


The Emory Clinic
PO Box 102398
Atlanta, GA  30368-2398
```

```
The Vogler Law Firm
PO Box 419037
2 Cityplace Dr Ste 150
Saint Louis, MO  63141-7058


United Student Aid Funds
PO Box 9430
Wilkes Barre, PA  18773-9430


Velda City
2803 Maywood Ave
Saint Louis, MO  63121-5231


Verizon Wireless
1515 E Woodfield Rd
Schaumburg, IL  60173-6046
```